**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By: John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN DOE, subscriber assigned IP address 73.193.202.14,<br><br>    Defendant. | Case No. 3:18-cv-16589-MAS-LHG<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 73.193.202.14 are voluntarily dismissed with prejudice.

DATED: May 3, 2021      Respectfully submitted,

              **THE ATKIN FIRM, LLC**

              *Attorneys for Plaintiff,*
              *Strike 3 Holdings, LLC*

              */s/ John C. Atkin, Esq.*
              John C. Atkin, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:     /s/ *John C. Atkin*  
        John C. Atkin, Esq.
